JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZARUHI DANIELYAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; LOS ANGELES-M, INC., a California Corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00100-MWF(PDx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: November 8, 2024<br>Removal Date: January 6, 2025 |

The Court has considered the parties' Stipulation of Dismissal with Prejudice (the "Stipulation"). (Docket No. 26). For good cause shown, the Court GRANTS the Stipulation and ORDERS this entire action DISMISSED with prejudice.

**IT IS SO ORDERED.**

DATED: November 24, 2026

[signature]

MICHAEL W. FITZGERALD
United States District Judge